ORDER:
Motion granted.
Case management conference is scheduled for June 11, 2012, at 10:30 a.m.

*s/ John S. Bryant*

U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **KARL TARTT AND CEDRIC JENNINGS,** Individually and on behalf of all others similarly situated, Plaintiffs vs **WILSON COUNTY, TENNESSEE,** Defendant | Case No. 3:09-01179 Hon. Sharp/Bryant **JURY DEMAND** |

**JOINT MOTION FOR STATUS CONFERENCE**

The parties jointly move for an in-court status conference to discuss with the Court several issues regarding case management. Initially, this case was under an order of limited discovery pending the issue of class certification (D.E. 41, at 3). Class certification was denied on January 24, 2012 (D.E. 79) and the case was referred to the Magistrate Judge for case management. A telephonic status conference was held on February 3, 2012 where several issues were discussed and the Court ordered that the parties were to "confer and file a proposed revised case management order." (See Minute Entry of 02-03-2012, no separate docket entry number.)

Plaintiffs' counsel was in a mega-case trial until May 5, 2012 after which the parties conferred on possible future deadlines. Unfortunately, the parties are unable to reach full agreement as to how to proceed and seek the Court's guidance on several issues related to case management. The parties respectfully request an in-court status conference rather than a telephonic conference and intend to appear prepared to show the Court what the parties can agree to and to discuss those issues where agreement cannot be reached.

1