# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **KARL TARTT AND CEDRIC JENNINGS,** Individually and on behalf of all others similarly situated,<br>　　Plaintiffs<br><br>vs<br><br>**WILSON COUNTY, TENNESSEE,**<br>　　Defendant | Case No. 3:09-01179<br><br>Hon. Sharp/Bryant<br><br><br><br>**JURY DEMAND** |

## MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE

Plaintiff moves for leave to file a reply to address Defendant's contention in its response (D.E. 94) that a motion for summary judgment cannot be stricken as requested by the plaintiffs (D.E. 92).

The proposed reply is attached to this motion.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　 /s/ Jerry Gonzalez
　　　　　　　　　　　　　　　　　　　Jerry Gonzalez (18379)
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs
　　　　　　　　　　　　　　　　　　　2441-Q Old Fort Parkway
　　　　　　　　　　　　　　　　　　　No. 381
　　　　　　　　　　　　　　　　　　　Murfreesboro TN 37128
　　　　　　　　　　　　　　　　　　　615-360-6060
　　　　　　　　　　　　　　　　　　　jgonzalez@jglaw.net

1