UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KARL TARTT, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 3:09-cv-01179 |
| | ) Judge Sharp |
| WILSON COUNTY, TENNESSEE, | ) ) |
| Defendant. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum, the Court hereby issues the following rulings:

(1) Plaintiffs' Motion to Strike Defendant's Motion for Summary Judgment (Docket No. 92) is DENIED.

(2) Plaintiffs' Motion to Deny or Defer Summary Judgment (Docket No. 98) is DENIED.

(3) The Court will reserve ruling on Defendant's Motion for Summary Judgment (Docket No. 87). Plaintiffs shall file a response to the pending motion within twenty-one (21) days after entry of this Order. Defendant may file an optional reply within fourteen (14) days after the filing of the response.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE