UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| KARL TARTT, et al., | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | No. 3:09-cv-01179 |
| | ) | Judge Sharp |
| WILSON COUNTY, TENNESSEE, | ) | |
| Defendant. | ) | |

**ORDER**

After receiving a brief extension of time to file a response to Defendant's Motion for Summary Judgment (Docket No. 87), Plaintiffs request leave to file their response late and in excess of the Court's page limit. (Docket No. 110). *See* the Court's Practice and Procedure Manual ("Manual"), Sec. III.C.3. In light of Plaintiffs' request for leave to file excess pages, they will be allowed to file a 35-page response, but it must be properly spaced. *See* Rule 7.03, Local Rules of Court (requiring that "[a]ll material . . . be double spaced").[1]

Accordingly, the Court hereby orders that:

(1) Plaintiffs will file a Summary Judgment Response of no more than 35 pages, properly spaced, within seven (7) days of this Order's entry;

(2) Defendant will then have seven (7) days in which to file an optional reply of no more than ten (10) pages.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE

---

[1] It should not be too difficult of a task to sharpen Plaintiffs' briefing in order to comply with the Local Rules. Indeed, cutting extraneous footnotes could save approximately one page.