UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KARL TARTT and CEDRIC JENNINGS, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| WILSON COUNTY, TENNESSEE, | ) ) ) |
| Defendant. | ) |

No. 3:09-cv-01179

Judge Sharp

## ORDER

For the reasons explained in the accompanying Memorandum, the Court GRANTS Wilson County's motion for summary judgment (Docket No. 87).

This Order shall constitute the judgment in this case pursuant to Fed. R. Civ. P. 58.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE